UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK DAVISCOURT,<br><br>                Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | Case No. C20-720-RSM-MLP<br><br>ORDER |

Plaintiff, proceeding *pro se*, filed a complaint on May 12, 2020, alleging violations under the Federal Torts Claims Act ("FTCA"), and seeking compensatory damages for $35,000,000. (Compl. (Dkt. # 1) at ¶¶ 1, 118.) On August 4, 2020, Defendant filed a motion to dismiss. (Dkt. # 13.) Plaintiff filed a motion for an extension of 45 days to respond to Defendant's motion to dismiss, asserting he required more time due to a disability. (Dkt. # 16.) Defendant does not oppose Plaintiff's motion, but requests it be allowed 14 days after the submission of Plaintiff's response to file its reply. (Dkt. # 18.) Based on Plaintiff's motion, and that Defendant has no objection, the Court hereby ORDERS that Plaintiff's motion for an extension of time (dkt. # 16) is GRANTED. Plaintiff's response to Defendant's motion to dismiss is due no later than October 5, 2020, and Defendant's reply is due no later than October 19, 2020.

ORDER - 1

1    The Clerk is directed to re-note Defendant's motion to dismiss to October 19, 2020. The

2 Clerk is also directed to send copies of this order to the parties and to the Honorable Ricardo S.

3 Martinez.

4    Dated this 3rd day of September, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2